UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINA MAPP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-11-3801 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Pending before the court is defendants JPMorgan Chase Bank N.A., successor by merger to Chase Home Finance LLC, incorrectly sued as "J.P. Morgan Chase aka Chase Home Finance" and Deutsche Bank National Trust Company's motion to dismiss for failure to state a claim or, alternatively, motion for a more definite statement. Dkt. 3. Defendants filed their motion on November 7, 2011, and a response was due on or before November 28, 2011. Plaintiff Regina Mapp failed to respond to the motion. Under the Local Rules of the Southern District of Texas, Defendants' motion will therefore be treated as unopposed. S.D. Tex. Loc. R. 7.4. Having reviewed the motion (Dkt. 3), Mapp's petition (Dkt. 1-1), and the applicable law, the court finds that the motion should be GRANTED. Therefore, Defendants' motion to dismiss (Dkt. 3) is GRANTED, and Mapp's claims are hereby DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on December 12, 2011.

_____
Gray H. Miller
United States District Judge